John B. Sganga (State Bar No. 116,211)
john.sganga@kmob.com
Theodore G. Papagiannis (State Bar No. 238,490)
theodore.papagiannis@kmob.com
Timothy J. Goodson (State Bar No. 244,649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
Prince Lionheart, Inc.

Aaron T. Borrowman (State Bar No. 201,920)
aaron@klkpatentlaw.com
KELLY LOWRY AND KELLEY
6320 Canoga Ave., Suite 1650
Woodland Hills, CA 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859

Attorneys for Defendant,
Sunshine Kids Juvenile Products, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRINCE LIONHEART, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE KIDS JUVENILE PRODUCTS, LLC, a Washington Limited liability company, and DOES 1 through 10, inclusive<br><br>Defendant. | Civil Action No.<br>CV 06-1543 VBF (PJWx)<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: 03/17/08<br>Time: 9:00 a.m.<br><br>Honorable Valerie Baker Fairbank |

By Order dated September 20, 2007, this Court set a Status Conference on March 17, 2008. Plaintiff Prince Lionheart, Inc ("Prince Lionheart") and Defendant Sunshine Kids Juvenile Products, LLC ("Sunshine Kids") hereby submit the following Joint Stipulation to Continue the Status Conference scheduled for March 17, 2008. The Court has ordered that this case be stayed pending the outcome of the reexamination proceedings in the United States Patent and Trademark Office ("Patent Office") concerning U.S. Patent No. 6,786,546 ("the '546 patent"). Both parties agree that the stay should remain in effect. The Patent Office reexamination proceedings are progressing as expected, however those proceedings are not resolved.

The Patent Office granted the request to initiate reexamination proceedings on September 5, 2007. The same day, the Patent Office also mailed an Office Action, in which the Patent Office set forth its initial position on the patentability of the claims in the '546 patent. On November 5, 2007, Prince Lionheart filed its Response to the Office Action. On December 5, 2007, Sunshine Kids filed its Comments to Prince Lionheart's Response. The Patent Office is presently considering these submissions from Prince Lionheart and Sunshine Kids.

Thus, the reexamination proceedings remain on-going in the Patent Office. As such, the Parties respectfully request that the Stay remain in effect, pending resolution of the reexamination proceedings. The Parties further request and stipulate to an order continuing the upcoming Status Conference

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

scheduled for Monday, March 17, 2008 until July 2008, by which time the reexamination proceedings are more likely to have been completely resolved.

SO STIPULATED

                                KNOBBE, MARTENS, OLSON & BEAR LLP

Dated: 3/5/08        By: _____
                                John B. Sganga
                                Theodore G. Papagiannis
                                Timothy J. Goodson

                                Attorneys for Plaintiff, Prince Lionheart, Inc.

                                KELLY, LOWRY, AND KELLEY LLP

Dated: 3/5/08        By: Aaron T. Borrowman /ABS
                                PER E-MAIL AUTHORIZATION
                                Aaron T. Borrowman

                                Attorneys for Defendant, Sunshine Kids Juvenile Products, LLC

PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On March 5, 2008, I served the within **JOINT STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA E-MAIL AND FIRST CLASS MAIL**:

David L. Garrison
GARRISON AND ASSOCIATES
2001 Sixth Avenue
Suite 3300
Seattle, WA 98211-2522
Telephone: (206) 441-3440
Facsimile: (206) 441-7362
Email: dlg@skaya.com

Aaron T. Borrowman, Esq.
KELLY LOWRY AND KELLEY
6320 Canoga Ave., Suite 1650
Woodland Hills, CA 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859
Email: aaron@klkpatentlaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2008 at Irvine, California.

_____
Michael Lee

4902805
021808