John B. Sganga (State Bar No. 116,211)
john.sganga@kmob.com
Theodore G. Papagiannis (State Bar No. 238,490)
theodore.papagiannis@kmob.com
Timothy J. Goodson (State Bar No. 244,649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff,
Prince Lionheart, Inc.

Aaron T. Borrowman  (State Bar No. 201,920)
aaron@klkpatentlaw.com
KELLY LOWRY AND KELLEY
6320 Canoga Ave., Suite 1650
Woodland Hills, CA  91367
Telephone:  (818) 347-7900
Facsimile:  (818) 340-2859

Attorneys for Defendant,
Sunshine Kids Juvenile Products, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRINCE LIONHEART, INC., a California corporation<br><br>        Plaintiff,<br><br>    v.<br><br>SUNSHINE KIDS JUVENILE PRODUCTS, LLC, a Washington Limited liability company, and DOES 1 through 10, inclusive<br><br>        Defendant. | Civil Action No.<br>CV 06-1543 VBF (PJWx)<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: 10/06/08<br>Time:                         9:00 a.m.<br><br>Honorable Valerie Baker Fairbank |

By Order dated September 12, 2008, this Court scheduled a Status Conference for 9 a.m. on Monday October 6, 2008. Defendant Sunshine Kids Juvenile Products, LLC ("Sunshine Kids") and plaintiff Prince Lionheart, Inc. ("Prince Lionheart") hereby submit the following Joint Stipulation to Continue the Status Conference scheduled for October 6, 2008. The parties have made progress in settlement negotiations and have exchanged draft settlement agreements. In light of the progress made, the parties jointly request that the Status Conference be continued for several weeks to allow the parties to attempt to resolve the case entirely through settlement. The parties hereby stipulate to the entry of the accompanying Proposed Order, which will continue the Status Conference scheduled for October 6, 2008, by several weeks, by which time the settlement negotiations are more likely to have been resolved.

SO STIPULATED

KELLY LOWRY & KELLEY LLP

Dated: October 2, 2008     By: /Aaron T. Borrowman/
                               Aaron T. Borrowman

Attorneys for Defendant
Sunshine Kids Juvenile Products LLC

KNOBBE, MARTENS, OLSON & BEAR LLP

Dated: October 2, 2008     By: /John B. Sganga/ (with permission)
                               John B. Sganga
                               Theodore G. Papagiannis
                               Timothy J. Goodson

Attorneys for Plaintiff
Prince Lionheart, Inc.

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the JOINT STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE was served on counsel for Prince Lionheart, Inc.:

John B. Sganga
Theodore G. Papagiannis
Timothy J. Goodson
KOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA   92614

via first class mail, postage prepaid on this 2nd day of October 2008.

                                               /Aaron T. Borrowman/
                                             Aaron T. Borrowman