John B. Sganga (State Bar No. 116,211)
john.sganga@kmob.com
Theodore G. Papagiannis (State Bar No. 238,490)
theodore.papagiannis@kmob.com
Timothy J. Goodson (State Bar No. 244,649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
Prince Lionheart, Inc.

Aaron T. Borrowman (State Bar No. 201,920)
aaron@klkpatentlaw.com
KELLY LOWRY AND KELLEY
6320 Canoga Ave., Suite 1650
Woodland Hills, CA 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859

Attorneys for Defendant,
Sunshine Kids Juvenile Products, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRINCE LIONHEART, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE KIDS JUVENILE PRODUCTS, LLC, a Washington Limited liability company, and DOES 1 through 10, inclusive<br><br>Defendant. | Civil Action No.<br>CV 06-1543 VBF (PJWx)<br><br>**JOINT STATUS REPORT**<br><br>Status Conference: 11/3/08<br>Time: 9:00 a.m.<br><br>Honorable Valerie Baker Fairbank |

1  By Order dated October 3, 2008, this Court set a Status Conference on
2  November 3, 2008.  Pursuant to the Court's Order, Plaintiff Prince Lionheart,
3  Inc ("Prince Lionheart") and Defendant Sunshine Kids Juvenile Products, LLC
4  ("Sunshine Kids") hereby submit the following Joint Status Report.
5  The parties have continued to make progress in settlement negotiations
6  and have exchanged multiple drafts of settlement papers.  The parties remain
7  optimistic that this case can be resolved through settlement within a short period
8  of time.  The parties hope to reach a settlement and to jointly file a Proposed
9  Stipulated Final Consent Judgment before November 3, 2008.  In the event that
10 a Proposed Stipulated Final Consent Judgment is not filed before November 3,
11 2008, counsel for both parties will be present at the Status Conference on
12 November 3, 2008.

14 SO STIPULATED

15 KNOBBE, MARTENS, OLSON & BEAR LLP

18 Dated: 10/27/08   By: _____
19 John B. Sganga
   Theodore G. Papagiannis
   Timothy J. Goodson

20 Attorneys for Plaintiff, Prince Lionheart, Inc.

22 KELLY, LOWRY, AND KELLEY LLP

25 Dated: 10/27/08   By: Aaron T. Borrowman /OBS
                        PER E-MAIL AUTHORIZATION
   Aaron T. Borrowman

Attorneys for Defendant, Sunshine Kids Juvenile Products, LLC

-1-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On October 27, 2008, I served the within **JOINT STATUS REPORT** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA E-MAIL AND FIRST CLASS MAIL**:

David L. Garrison
Kaustuv M. Das
GARRISON AND ASSOCIATES
2001 Sixth Avenue
Suite 3300
Seattle, WA 98211-2522
Telephone: (206) 441-3440
Facsimile: (206) 441-7362
Email: dlg@skaya.com
Email: kdas@merchantgould.com

Aaron T. Borrowman, Esq.
KELLY LOWRY AND KELLEY
6320 Canoga Ave., Suite 1650
Woodland Hills, CA 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859
Email: aaron@klkpatentlaw.com

Kaustuv Mukul Das
MERCHANT & GOULD P.C.
701 Fifth Avenue, Suite 4100
Seattle, Washington 98104-7073
Telephone: (206) 342-6261
Facsimile: (206) 342-6201
Email: kdas@merchantgould.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2008 at Irvine, California.

_____
Michael Lee

6136330
102308