John B. Sganga (State Bar No. 116,211)
john.sganga@kmob.com
Theodore G. Papagiannis (State Bar No. 238,490)
theodore.papagiannis@kmob.com
Timothy J. Goodson (State Bar No. 244,649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
Prince Lionheart, Inc.

Aaron T. Borrowman (State Bar No. 201,920)
aaron@klkpatentlaw.com
KELLY LOWRY AND KELLEY
6320 Canoga Ave., Suite 1650
Woodland Hills, CA 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859

Kaustuv M. Das (Pro Hac Vice)
kdas@merchantgould.com
MERCHANT & GOULD, P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 348-6261
Facsimile: (206) 348-6201

Attorneys for Defendant,
Sunshine Kids Juvenile Products, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRINCE LIONHEART, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE KIDS JUVENILE PRODUCTS, LLC, a Washington Limited liability company, and DOES 1 through 10, inclusive<br><br>Defendant. | Civil Action No.<br>CV 06-1543 VBF (PJWx)<br><br>**NOTICE OF LODGING [PROPOSED] STIPULATED FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Honorable Valerie Baker Fairbank |

Plaintiff Prince Lionheart, Inc ("Prince Lionheart") and Defendant Sunshine Kids Juvenile Products, LLC ("Sunshine Kids") hereby jointly lodge the attached [Proposed] Stipulated Final Consent Judgment and Permanent Injunction.

SO STIPULATED

KNOBBE, MARTENS, OLSON & BEAR LLP

Dated: Nov. 18, 2008    By: *[signature]*

John B. Sganga
Theodore G. Papagiannis
Timothy J. Goodson

Attorneys for Plaintiff, Prince Lionheart, Inc.

MERCHANT & GOULD, P.C.

Dated: NOVEMBER 18, 2008 By: *[signature]*

Kaustuv M. Das

Attorney for Defendant, Sunshine Kids Juvenile Products, LLC

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On November 18, 2008, I served the within **NOTICE OF LODGING [PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA E-MAIL AND FIRST CLASS MAIL:**

Kaustuv M. Das
kdas@merchantgould.com
MERCHANT & GOULD, P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 348-6228
Facsimile: (206) 348-6201

Aaron T. Borrowman, Esq.
KELLY LOWRY AND KELLEY
6320 Canoga Ave., Suite 1650
Woodland Hills, CA 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859
Email: aaron@klkpatentlaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 18, 2008 at Irvine, California.

*/s/ Michael Lee*
Michael Lee

5966210
092208