JS-6

1  John B. Sganga (State Bar No. 116,211)
   john.sganga@kmob.com
2  Theodore G. Papagiannis (State Bar No. 238,490)
   theodore.papagiannis@kmob.com
3  Timothy J. Goodson (State Bar No. 244,649)
   timothy.goodson@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
5  Irvine, CA  92614
   Telephone:  (949) 760-0404
6  Facsimile:  (949) 760-9502

7  Attorneys for Plaintiff,
   Prince Lionheart, Inc.
8
   Aaron T. Borrowman  (State Bar No. 201,920)
9  aaron@klkpatentlaw.com
   KELLY LOWRY AND KELLEY
10 6320 Canoga Ave., Suite 1650
   Woodland Hills, CA  91367
11 Telephone:  (818) 347-7900
   Facsimile:  (818) 340-2859
12
   Kaustuv M. Das (Pro Hac Vice)
13 kdas@merchantgould.com
   MERCHANT & GOULD, P.C.
14 701 Fifth Avenue, Suite 4100
   Seattle, WA 98104
15 Telephone: (206) 348-6261
   Facsimile:  (206) 348-6201
16
17 Attorneys for Defendant,
   Sunshine Kids Juvenile Products, LLC
18

19              IN THE UNITED STATES DISTRICT COURT
20           FOR THE CENTRAL DISTRICT OF CALIFORNIA
21                      WESTERN DIVISION

| PRINCE LIONHEART, INC., a California corporation | Civil Action No. CV 06-1543 VBF (PJWx) |
|---|---|
| Plaintiff, | **STIPULATED FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| SUNSHINE KIDS JUVENILE PRODUCTS, LLC, a Washington Limited liability company, and DOES 1 through 10, inclusive | |
| Defendant. | Honorable Valerie Baker Fairbank |

Plaintiff Prince Lionheart, Inc ("Prince Lionheart") and Defendant Sunshine Kids Juvenile Products, LLC ("Sunshine Kids") hereby jointly stipulate and consent to this Stipulated Final Consent Judgment and Permanent Injunction.

Based on the stipulation and consent of the parties, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. This is an action for patent infringement brought by Prince Lionheart against Sunshine Kids. In this action, Prince Lionheart alleges that Sunshine Kids has infringed U.S. Patent No. 6,786,546 ("the '546 patent") and has committed unfair competition through its use of Prince Lionheart's 2 STAGE trademark ("the 2 STAGE mark") by producing and marketing protective car seat covers under the name "Ultra-Mat Ultimate 2-Stage Undermat."

2. This Court has jurisdiction over the parties and the subject matter of this action. Venue in this action is proper in this Court.

3. The parties have entered into a Settlement Agreement that fully disposes of this action. A copy of that Settlement Agreement is attached hereto as Exhibit 1 and is incorporated by reference in its entirety into this Final Consent Judgment.

4. This action is hereby dismissed in its entirety with prejudice.

5. Sunshine Kids did not sustain its burden of proving the invalidity of any claim of the '546 patent.

6. Effective on February 1, 2009, Sunshine Kids, together with its officers, agents, servants, employees, affiliates, attorneys, and all those in active concert or participation with them who receive actual notice of this Permanent Injunction ("the Enjoined Parties"), are hereby enjoined from making, using, selling, offering for sale, advertising, marketing, distributing or importing into the United States any seat cover that falls within the scope of any claim of the

'546 patent or U.S. Patent No. 7,422,278 ("the '278 patent"), including, but not limited to, seat covers in which the upper and lower sections are not permanently attached to each other. The Enjoined Parties are further enjoined from inducing others to take any of these actions.

7. The injunction of Paragraph 6 shall remain in full force and effect as to the '546 patent until the '546 patent has expired and as to the '278 patent until the '278 patents has expired.

8. Effectively immediately, the Enjoined Parties are further enjoined from:

    (a) manufacturing, making, using, displaying, selling, offering for sale, promoting, advertising, marketing, or distributing any seat cover that uses the 2 STAGE mark or any mark that is confusingly similar to the 2 STAGE mark;

    (b) stating or representing that any of the products they manufacture, sell or distribute are made by, authorized by, or otherwise affiliated with Prince Lionheart; or

    (c) inducing or assisting any other person or entity to take any of the actions referred to in paragraphs (a) – (b) above.

9. Each party shall bear its own costs and attorneys' fees.

10. The parties affirmatively waive any and all rights to appeal this Stipulated Final Consent Judgment and Permanent Injunction.

11. This Court shall retain jurisdiction over this matter for the purpose of making any further order necessary or desirable to effectuate the terms of this Stipulated Final Consent Judgment and Permanent Injunction and to ensure full

\\\
\\\
\\\
\\\

*1*  and complete compliance therewith.

*3*      IT IS SO ORDERED.

*4*  Dated: <u>November 20, 2008</u>     *Valerie Baker Fairbank*

                            The Honorable Valerie Baker Fairbank
                            United States District Judge